CHOUDHARY LAW OFFICE
NILESH CHOUDHARY (SBN 219425)
2377 Gold Meadow Way, Suite 100
Gold River, California 95670
Telephone:   (916) 526-2770
Facsimile:   (916) 944-2051

Attorneys for Plaintiff
MERCEDES BROWN

JACKSON LEWIS LLP
ROBERT J. SCHNACK (SBN 191987)
801 K Street, Suite 2300
Sacramento, California 95814
Telephone:   (916) 341-0404
Facsimile:   (916) 341-0141

Attorneys for Defendant
COLLECTCORP CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MERCEDES BROWN, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>COLLECTCORP CORPORATION, a corporation, and DOES 1-50,<br><br>　　　　　　　Defendants. | Case No.: 2:08-CV-02965-WBS-GGH<br><br>**STIPULATION FOR DISMISSAL AND ~~PROPOSED~~ ORDER** |

////

////

////

////

////

////

TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:

Plaintiff Mercedes Brown and Defendant Collectcorp Corporation, by and through their respective attorneys of record, hereby stipulate to dismissal of this action in its entirety, with prejudice, and without an award of attorney's fees or costs to any party.

IT IS SO STIPULATED.

Date: January 20, 2009         CHOUDHARY LAW OFFICE

By:/s/_____
Nilesh Choudhary, Esq.

Attorneys for Plaintiff
MERCEDES BROWN

Date: January 22, 2009         JACKSON LEWIS LLP

By:    /s/ Robert J. Schnack_____
Robert J. Schnack, Esq.

Attorneys for Defendant
COLLECTCORP CORPORATION

**ORDER**

Based on the foregoing stipulation,

IT IS HEREBY ORDERED that this action is dismissed in its entirety, with prejudice, and without an award of attorney's fees or costs to any party.

IT IS SO ORDERED.

Date: January 22, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE